UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60670-CIV-DIMITROULEAS

FRANK R. ZOKAITES,

    Plaintiff,                                          Magistrate Judge Rosenbaum

vs.

3236 NE 5TH STREET, INC.,

    Defendant.
_____/

## FINAL JUDGMENT FOR THE PLAINTIFF

THIS CAUSE is before the Court upon the bench trial before the Court held on Monday March 24, 2008 and Tuesday March 25, 2008, and the Findings of Fact and Conclusions of Law separately entered today. Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Plaintiff, Frank R. Zokaites and against Defendant 3236 NE 5th Street, Inc.;

2. The Plaintiff shall recover an award of $336,026.66 in total damages from the Defendant, 3236 NE 5th Street Inc.;

3. Any remaining pending motions are hereby **DENIED AS MOOT**;

4. The Clerk is hereby directed to close this case,

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record